

| | | |
|---|---|---|
| LARRY LESHAWN THOMAS, JR., | § | No. 08-19-00112-CR |
| Appellant, | § | Appeal from the |
| v. | § | 264th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bell County, Texas |
| Appellee. | § | (TC# 77,982) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH OF NOVEMBER, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.